IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK PAGE,

     Plaintiff,                        No. CIV S-08-1093 FCD GGH P

     vs.

CAPTAIN RANKIN, et al.,

     Defendants.             ORDER

_____/

     Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

     The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

     In this case, the apparent defendants are located - - and the claim, to the extent that it can be discerned, arose - - in Salinas Valley State Prison in Monterey County, which is in the Northern District of California. Therefore, plaintiff's claim should have been filed in the United

1

1  States District Court for the Northern District of California. In the interest of justice, a federal
2  court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C.
3  § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
4         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
5  United States District Court for the Northern District of California.
6  DATED: 06/10/08

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/hk
page1093.21a

2